IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:23-cv-00041-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>APPROXIMATELY $106,009.13 IN FUNDS )<br>SEIZED FROM WELLS FARGO ACCOUNT )<br>XXXXX7829, SUCH ACCOUNT HELD IN )<br>THE NAME OF GEORGE DOUBRA DBA )<br>PRESCOTT TRADING. ) | **DEFAULT JUDGMENT** |

THIS MATTER is before the Court on the United States of America's Motion for Default Judgment. (Doc. No. 8). For good cause shown, the Court will GRANT the Motion and enter this Default Judgment. The Court FINDS AS FOLLOWS:

## BACKGROUND

On January 25, 2023, the United States filed a Complaint, (Doc. No. 1), against the Defendant, approximately $106,009.13 in funds seized from Wells Fargo account XXXXX7829, such account held in the name of George Doubra dba Prescott Trading ("the Funds"). The Complaint alleged that the Funds constitute or are derived from proceeds of wire fraud in violation of 18 U.S.C. §§ 371 and 1343, and property involved in money laundering and money laundering conspiracy in violation of 18 U.S.C. §§ 1956, 1956(h), and 1957 and were therefore subject to forfeiture.

From January 27, 2023, through February 25, 2023, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4)(a), the Government provided Notice by Publication, (Doc. No. 4), of this action. Further, the Government mailed direct notice (Doc. No. 5) of the Complaint to the following:

- George Doubra
  Charlotte, NC 28273

- Prescott Trading
  Charlotte, NC 28273

- Prescott Trading
  Charlotte, NC 28262

- Zastra SDN BHD
  Kuala Lumpur, Malaysia

Notice of the forfeiture of the Funds has been properly published and directly provided, there are no claims as to the Currency, and the time for filing claims has expired.

## LEGAL CONCLUSIONS

Federal Rule of Civil Procedure 55(b)(2) provides for entry of the requested Default Judgment by the Court. Here, the United States has provided notice of forfeiture in accordance with the Federal Rules of Civil Procedure, Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G. Further, no individuals or entities have filed claims and the time-period for filing claims has expired. Finally, the Clerk has issued an Entry of Default. Therefore, the requested Default Judgment is appropriate.

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the Government is entitled to a Judgment by Default against the Defendant Property.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Government's Motion for Default Judgment is hereby GRANTED.

2. Any and all right, title, and interest of all persons in the world in or to the following Defendant Property is hereby forfeited to the United Sates, and no other right, title, or interest shall exist therein:

**Approximately $106,009.13 in funds seized from Wells Fargo account XXXXX7829, such account held in the name of George Doubra dba Prescott Trading.**

SO ORDERED.

Signed: April 18, 2023

Robert J. Conrad, Jr.
United States District Judge